# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VRC, INC. d/b/a VRC MANAGEMENT, INC.; GREEN VILLAGE SKILLED NURSING & REHABILITATION, LTD.; FALLS VILLAGE RETIREMENT COMMUNITY, LTD. d/b/a FALLS VILLAGE SKILLED NURSING & REHABILITATION, LTD., and ANDOVER VILLAGE RETIREMENT COMMUNITY, LTD. d/b/a ANDOVER VILLAGE SKILLED NURSING & REHABILITATION, LTD.,<br><br>Defendants. | Case No. 5:25-cv-2235-BYP/CEH<br><br>Judge Benita Y. Pearson<br><br>Magistrate Judge Carmen E. Henderson<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Columbia Casualty Company hereby gives notice that the above-captioned action, including plaintiff's pending Motion to Enter the Stipulated Judgment [D.E. 9] is voluntarily dismissed without prejudice as to all defendants. No defendant has made an appearance, filed an answer, or filed a motion for summary judgment.

Dated: November 18, 2025

THOMAS KADIAN LLC
Attorneys for Plaintiff

By: /s/ Dennis E. Kadian
Dennis E. Kadian | NJ0264020
90 East Halsey Road, Suite 390
Parsippany, New Jersey  07045
(973) 996-4300
dkadian@thomaskadian.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2025, I caused to be electronically filed the foregoing Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to all defendants with the Clerk of the Court by using the Court's CM/ECF system.

*/s/ Dennis E. Kadian*
Dennis E. Kadian, Esq.